# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**HISENSE CO., LTD., HISENSE VISUAL TECHNOLOGY CO., LTD. (F/K/A QINGDAO HISENSE ELECTRONICS CO., LTD.), HISENSE ELECTRIC CO., LTD.**<br><br>Defendants | **Case No. 6:21-cv-00562-ADA**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff, ParkerVision, Inc., hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. ParkerVision, Inc. filed its Complaint in the above-titled action against Hisense Co., Ltd., Hisense Visual Technology Co., Ltd. (f/k/a Qingdao Hisense Electronics Co., Ltd.), and Hisense Electric Co. Ltd. on June 2, 2021.

2. Hisense Co., Ltd., Hisense Visual Technology Co., Ltd. (f/k/a Qingdao Hisense Electronics Co., Ltd.), and Hisense Electric Co. Ltd. have not served an answer or a motion for summary judgment in this action.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the

opposing party serves either an answer or a motion for summary judgment.

    4.    Accordingly, ParkerVision, Inc. hereby dismisses this action **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 30, 2022

Respectfully submitted,

*/s/ R. W. Mort III*

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Of Counsel:

Ronald M. Daignault*#
Chandran B. Iyer*
Jason S. Charkow*#
Stephanie R. Mandir*
rdaingault@daignaultiyer.com
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
smandir@daignaultiyer.com
**DAIGNAULT IYER LLP**
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182

*Pro hac vice to be filed*
*#Not admitted to practice in Virginia*

ATTORNEYS FOR PLAINTIFF